UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEHU HAND,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>YOUNG, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 1:20-cv-00784-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 13) |

Plaintiff Jehu Hand ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). On July 14, 2020, the Court granted Plaintiff's application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915. (ECF No. 10.) On October 19, 2020, Plaintiff filed another motion to proceed *in forma pauperis*. (ECF No. 13.)

As Plaintiff has already been granted leave to proceed *in forma pauperis* in this action, no further applications are needed. Accordingly, Plaintiff's October 19, 2020 motion to proceed *in forma pauperis*, (ECF No. 13), is DENIED as moot.

IT IS SO ORDERED.

　　Dated:　**October 20, 2020**　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1