# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEHU HAND,<br><br>                Plaintiff,<br><br>    v.<br><br>YOUNG, *et al.*,<br><br>                Defendants. | Case No. 1:20-cv-00784-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION AS MOOT, WITHOUT PREJUDICE TO RE-FILING<br><br>(ECF Nos. 3, 11, 12, 16) |

Plaintiff Jehu Hand ("Plaintiff") is a former federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).

Currently pending before the Court are several motions for preliminary injunction and related motions for expedited and emergency hearings on those motions. (ECF Nos. 3, 11, 12, 16.) The objective of all of the motions is Plaintiff's release from prison and placement on supervised release to protect him from the COVID-19 virus. (Id.)

On February 4, 2021, Plaintiff's address was updated pursuant to a Notice of Change of Address filed in Case No. 1:19-cv-01329-HBK (Doc. No. 27). The Court takes judicial notice of that filing, which indicates that Plaintiff is now receiving mail at a P.O. Box not associated with a federal correctional institution.

///

1

As it appears Plaintiff has been released from custody, the Court finds that Plaintiff's pending motions related to his requests for emergency release from custody are now moot. To the extent Plaintiff is reincarcerated, the motions are denied without prejudice to re-filing. The Court will screen Plaintiff's complaint in due course.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for emergency release, (ECF No. 3), is DENIED as moot, without prejudice to re-filing;
2. Plaintiff's first amended emergency motion for expedited preliminary injunction, (ECF No. 11), is DENIED as moot, without prejudice to re-filing;
3. Plaintiff's motion to set hearing on the emergency motion for preliminary injunction, (ECF No. 12), is DENIED as moot; and
4. Plaintiff's declaration in support of first amended emergency motion for expedited release, (ECF No. 16), is DENIED as moot.

IT IS SO ORDERED.

Dated: **February 18, 2021**                /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE